# EXHIBIT B

something different."

The couple eventually moved south, settling in southern Doña Ana County. Farming was booming in the Mesilla Valley. Elephant Butte Dam had been built near Truth or Consequences, opening in 1916 and creating large swaths of new farmland to the south that attracted newcomers.

The youngest of six children, J. Paul Taylor was born Aug. 24, 1920 on the family's farm.

"As a matter of fact, my aunt delivered me," Taylor said. "The doctor was supposed to come, but he didn't."



