UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL RATJE,<br><br>                    Plaintiff,<br><br>     - against -<br><br>GANNETT SATELLITE INFORMATION NETWORK, LLC<br><br>                    Defendant. | Docket No. 1:20-cv-04900-VEC-OTW |

### DECLARATION OF PAUL RATJE

I, PAUL RATJE, hereby declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

1. I am the plaintiff in this action and the rightful owner and author of the copyrighted photograph of J. Paul Taylor, as shown in Exhibit A to the operative complaint [Dkt. #1-1] (the "Photograph").

2. I submit this declaration in response to the Court's order, dated September 10, 2020 [Dkt. #17].

3. On January 3, 2020, I personally signed a retainer agreement with Liebowitz Law Firm, PLLC("LLF") in which I authorized LLF to file copyright infringement lawsuits on my behalf.

4. My counsel, Richard Liebowitz, Esq. of LLF, had my authority to file the present

1

copyright infringement lawsuit as of January 24, 2020.

Dated: September 17, 2020

Mesilla, New Mexico

_____
PAUL RATJE