UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
PAUL RATJE,

                Plaintiff,                        20-CV-4900 (VEC)

              -against-                      **ORDER TO SHOW CAUSE**

GANNETT SATELLITE INFORMATION
NETWORK, LLC,

                Defendant.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

This matter has been referred to me for settlement purposes only.

On September 10, 2020, the parties appeared for a pre-settlement telephonic conference. Richard Liebowitz appeared for Plaintiff Paul Ratje, and Nina Boyajian appeared for Defendant Gannett Satellite Information Network, LLC ("Gannett"). At the conference, Gannett represented that it had made a settlement offer to Mr. Ratje, but had not received a response. On the conference, I directed Mr. Ratje through his counsel Mr. Liebowitz to: (1) make a good faith settlement demand before the next settlement conference, scheduled for October 7, 2020, and (2) file an affidavit from Mr. Ratje regarding his authorization for Mr. Liebowitz to file the instant lawsuit. On September 17, 2020, Mr. Ratje complied with the second directive and filed his affidavit. (ECF 18).

On October 7, 2020, I held a subsequent telephonic settlement conference with the parties. James Freeman, who filed a notice of appearance earlier in the day, appeared for Mr. Ratje, and Ms. Boyajian and a representative from Gannett appeared for Gannett. Mr. Liebowitz did not appear. During the call, a question arose whether Mr. Liebowitz had

complied with the first part of my oral order on September 10, 2020: Mr. Freeman indicated that Mr. Liebowitz had made a demand, but it later appeared that Mr. Freeman had been referencing a demand that Mr. Liebowitz had made at the outset of the litigation, and that there had been no demand made to Ms. Boyajian or any of her colleagues after the September 10, 2020 conference.

Accordingly, Mr. Liebowitz is ordered to show cause, in writing, by **October 14, 2020**, why he should not be sanctioned for failing to engage in good faith settlement negotiations by making a demand as directed by the Court on September 10, 2020. If Mr. Liebowitz asserts that he did make a settlement demand at any time between September 10, and October 6, 2020, he shall support that assertion with evidence in the form of a call log, or email, or other evidence. Defendant's counsel is also directed to file, by **October 16, 2020**, its chronology of settlement communications between September 10, 2020 and October 6, 2020. **<u>Filings on the docket shall not divulge any confidential settlement discussions.</u>**

It is FURTHER ORDERED that parties shall appear for a telephonic settlement conference on **October 20, 2020 at 2:00 pm.** Mr. Liebowitz and Mr. Ratje are both directed to be on the line. Defense counsel shall also ensure that a client representative for Defendant be on the line.

**SO ORDERED.**

Dated: October 8, 2020                       *s/ Ona T. Wang*
      New York, New York               **Ona T. Wang**
                                               United States Magistrate Judge