UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL RATJE,<br><br>       Plaintiff,<br><br>- against -<br><br>GANNETT SATELLITE INFORMATION NETWORK, LLC<br><br>       Defendant. | Docket No. 1:20-cv-04900-VEC |

## **<u>DECLARATION OF RICHARD LIEBOWITZ</u>**

I, RICHARD LIEBOWITZ, declare that the following is true and correct to the best of my personal knowledge.

1. I am lead counsel for Plaintiff Paul Ratje ("Plaintiff") in this action.

2. I am the founding member of Liebowitz Law Firm, PLLC ("LLF").

3. I submit this declaration in response to the Court's Order, dated October 8, 2020. [Dkt. #21]

4. I sincerely do not recall the Court directing me, on behalf of my client, to make a settlement demand on September 10, 2020, the date of the court conference. However, I fully acknowledge that the fault was mine in not having written this down and memorializing it in the firm's file after the telephone conference and then taking action on the Court's directive.

5. I apologize to the Court and would like to know that I made a good faith counteroffer to Defendant today.

6. Accordingly, I respectfully request that the Court exercise its discretion and not to impose sanctions on me.

Dated: October 14, 2020
Valley Stream, New York

Respectfully submitted,

**/s/richardliebowitz/**
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valleystream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*