```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGEL CHEVRESTT, :
:
                  Plaintiff, :
: 20-CV-1949 (VEC)
      -against- :
: ORDER
:
BARSTOOL SPORTS, INC., :
:
                  Defendant. :
------------------------------------------------------------X

VALERIE CAPRONI, District Judge:

WHEREAS on May 8, 2020 the Court ordered Mr. Liebowitz to pay a civil sanction to the Clerk of Court of $3,000 for his failure to comply with Court orders and deadlines (Dkt. 20);

WHEREAS on September 15, 2020, Mr. Liebowitz appeared for a hearing to discuss how he planned to improve his practice or otherwise ensure that the non-compliance that gave rise to the sanctions in this case will not be repeated in future cases;

WHEREAS on September 30, 2020, Mr. Liebowitz submitted a sworn declaration detailing the concrete steps and processes he has instituted in his practice to improve compliance with the Federal Rules of Civil Procedure and Court orders (Dkt. 36);

WHEREAS on October 6, 2020, Mr. Liebowitz submitted a supplemental declaration (Dkt. 38);

IT IS HEREBY ORDERED THAT:

1. From **October 7, 2020, to October 7, 2022,** if Mr. Liebowitz is ordered to show cause by *any* district court in the United States why he should not be sanctioned for failure to comply with court orders or court deadlines, his response to the Order to

Show Cause must include a copy of this Order and both of the above-referenced declarations.

2. Mr. Liebowitz must submit a sworn statement to the Undersigned every six months indicating whether any such orders to show cause have been entered against him. If any such order has been entered, Mr. Liebowitz must provide the case name, case number, and docket number and certify that he filed this order and the two declarations as part of his response. The first such sworn statement is due **April 7, 2021**.

**SO ORDERED.**

Date:  October 7, 2020
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**

2