UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL RATJE,<br><br>              Plaintiff,<br><br>vs.<br><br>GANNETT SATELLITE INFORMATION NETWORK, LLC,<br><br>              Defendant. | Case No.  1:20-cv-4900(VEC) |

### DECLARATION OF NINA D. BOYAJIAN RE: MR. LIEBOWITZ'S FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE TO ENGAGE IN SETTLEMENT NEGOTIATIONS

I, Nina D. Boyajian, depose and state:

1.     I am a shareholder in the law firm of Greenberg Traurig, LLP, counsel of record for Defendant Gannett Satellite Information Network, LLC ("Gannett"). I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently with respect thereto. I submit this declaration pursuant to the Court's order to provide a chronology of settlement communications between September 10, 2020 and October 6, 2020.

2.     At a September 10, 2020 conference with the Court, which I personally telephonically attended, this Court ordered Plaintiff's counsel, Richard Liebowitz, to make a good faith settlement demand before the next settlement conference, scheduled for October 7, 2020. I recall the Court making this directive.

3.     Mr. Liebowitz failed to comply with the Court's September 10, 2020 directive. He did not make any settlement demand between September 10 and October 7.

4.     Mr. Liebowitz further failed to provide any response to the Rule 68 settlement offer I made on behalf of Gannett on September 18, 2020.

2

5.  On October 14, 2020, at 1:34 a.m., Mr. Liebowitz emailed a settlement offer to me. In light of the amount Plaintiff typically earns for photographs through the parties' licensing agreement, as specifically discussed during the October 7 conference, we do not believe that Mr. Liebowitz's offer was made in good faith.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th of October 2020, in Los Angeles, California.

*/s/ Nina D. Boyajian*
Nina D. Boyajian
